**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **CHARLES SANDFORD,** | : | |
| | : | |
|   Petitioner | : | |
| | : | |
|       v. | : | **5:05-CV-60 (WDO)** |
| | : | **5:03-CR-39 (WDO)** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
|   Respondent | : | |

**ORDER**

Having carefully considered the Magistrate Judge's Report and Recommendation to deny Petitioner's § 2255 habeas petition, and the objections filed thereto, the Recommendation is ADOPTED.  Petitioner's § 2255 petition is DENIED.

**SO ORDERED this 19th day of January, 2006.**

      **S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**